■ Midland Funding, LLC, as Purchaser of Webbank, Respondent, v Gliee Gunsalus, Appellant. [38 NYS3d 507]—Appeal from an order of the Supreme Court, Ontario County (Frederick G. Reed, A.J.), entered August 5, 2015. The order denied the motion of defendant for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on April 6, 2016, and filed in the Ontario County Clerk's Office on May 9, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Centra, NeMoyer, Troutman and Scudder, JJ.